# United States Court of Federal Claims

No. 08-848 C
Filed: January 19, 2018

**LUMMI TRIBE OF LUMMI RESERVATION, WASHINGTON,**
**et al.,**

    *Plaintiffs,*

**v.**

**UNITED STATES OF AMERICA,**

    *Defendant.*

## ORDER DISMISSING CASE

Pursuant to the mandate filed on January 12, 2018 in this case by the United States Court of Appeals for the Federal Circuit vacating the Order filed on September 30, 2015, the Clerk of Court is directed to dismiss this matter for lack of subject matter jurisdiction.

**IT IS SO ORDERED.**

s/*Robert H. Hodges, Jr.*
Robert H. Hodges, Jr.
Senior Judge